# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHER SINGH,<br>Plaintiff,<br>v.<br>USCIS, et al.,<br>Defendants. | Case No. 1:26-cv-06555-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 9) |

Pending before the Court is a stipulation from the parties regarding an extension of time in which Defendants may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that Defendants shall have through **December 17, 2026**, to answer or otherwise respond to the complaint. In light of the foregoing, the Court CONTINUES the initial scheduling conference to **February 4, 2027, at 9:30 a.m.** The parties are DIRECTED to file a joint scheduling report **one (1) week** prior to the conference.

IT IS SO ORDERED.

Dated: **November 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge